JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MANUEL ANTONIO VILLAMIL PORTILLO,

Petitioner,

v.

TODD LYONS et al.,

Respondent.

Case No. 5:26-cv-03297-MAR

JUDGMENT

Pursuant to the Order Granting Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Manuel Antonio Villamil Portillo (A-number 098-042-133)** on his prior conditions of release, if any. Respondents are **ORDERED** not to re-detain Petitioner unless he receives pre-deprivation notice and a pre-deprivation hearing at which the government must bear the burden of showing, by clear and convincing evidence, that Petitioner is a danger or flight risk and that there has been a material change in circumstances such that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future.

Dated: August 5, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge